UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| COMMERCIAL METALS COMPANY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:14-cv-05004 – CV-S-BP |
| ) | |
| v. ) | |
| ) | |
| NICHOLAS BRANDON JONES, ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Commercial Metals Company ("CMC"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, and although steadfastly maintaining its right to proceed on the merits, hereby voluntarily dismisses the Complaint without prejudice based on: (1) the understanding, from information previously provided to CMC by Defendant's attorney, that Defendant was not hired in a sales capacity, had not been using (and had not disclosed to his employer) any information of CMC referenced in the Complaint ("Confidential Information") that he may have had in his possession (or used any of the same to the detriment of CMC), and had destroyed / deleted the supplier / price list referenced in the Complaint and not forwarded it to his new employer; (2) the understanding that appropriate steps were taken to prevent Defendant from using or disclosing any Confidential Information in his employment; and (3) business activities with suppliers since the filing of the Complaint. All rights are reserved.

6017791

Respectfully submitted,

_/s/ Charles M. Poplstein_
Charles M. Poplstein MO/30803
Joyce M. Pratt MO/57637
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6095
(314) 552-7095 (fax)
cpoplstein@thompsoncoburn.com
jpratt@thompsoncoburn.com

*Counsel for Plaintiff Commercial Metals Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>15th</u> day of August, 2014 no other party had appeared of record and therefore no one was available for service pursuant to the electronic filing system; however, a copy of the foregoing was served upon the following individual by U.S. Mail, postage pre-paid and addressed to:

Kevin Checkett
Checkett & Pauly, P.C.
517 South Main Street
P.O. Box 409
Carthage, Missouri 64836
jkc@cp-law.com

_/s/ Charles M. Poplstein_