UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| COMMERCIAL METALS CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-5004-CV-SW-BP |
| | ) |
| NICHOLAS BRANDON JONES, | ) |
| | ) |
| Defendant. | ) |

### CLERK'S ORDER OF DISMISSAL

On the 15TH day of August, 2014, the parties herein having filed a Voluntary Dismissal without Prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Ann Thompson, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 1/24/2014